# ELECTRONIC RECORD

086-15
087-15

COA # 05-14-01546-CR          OFFENSE: 29.03

STYLE: Troy Lee Perkins v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     DISMISSED          TRIAL COURT: 282nd Judicial District Court

DATE: 12/10/2014          Publish: NO     TC CASE #:     F-0771970-S

## IN THE COURT OF CRIMINAL APPEALS

086-15
087-15

STYLE: Troy Lee Perkins v. The State of Texas          CCA #: _____

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 02/25/2015          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD